IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| PICO BYTE SYSTEMS, LLC,<br><br>         Plaintiff,<br><br>v.<br><br>LOGITECH INC.,<br><br>         Defendant. | Case No. 6:16-cv-948-RWS-JDL<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF PICO BYTE SYSTEMS, LLC'S
## CORPORATE DISCLOSURE STATEMENT

Plaintiff Pico Byte Systems, LLC by and through its undersigned counsel, files its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1(a) as follows:

1. Pico Byte Systems, LLC has no parent company.

2. No publicly held corporation owns 10% or more of the stock of Pico Byte Systems, LLC.

Dated: July 8, 2016     Respectfully submitted,

               */s/ Todd Y. Brandt*
               Todd Y. Brandt
               TX SB # 24027051
               BRANDT LAW FIRM
               222 North Fredonia St
               Longview, Texas 75601
               Telephone: (903) 212-3130
               Facsimile: (903) 753–6761
               tbrandt@thebrandtlawfirm.com

               *Attorneys for Pico Byte Systems, LLC*